# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| MAO-MSO RECOVERY II, LLC, MSP RECOVERY LLC, MSPA CLAIMS 1, LLC, and MSP RECOVERY CLAIMS, SERIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case Number: 17-1541 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order & Opinion (Doc. 86) entered May 25, 2018, this case is dismissed with prejudice.

Dated: 6/11/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court